PETER O'REILLY, Individually and as President of the St. John's University Chapter of the United Federation of College Teachers, Local 1460, AFL-CIO, et al., Respondents, v. JOSEPH T. CAHILL, as President of St. John's University, New York, Appellant.

Concur —
Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ. [50 Misc 2d 629.]